Harry Kapust, appellee, v. Carl Eber, appellant.   Gen. No. 33,577.

Opinion filed January 6, 1930.

Schuyler, Weinfeld & Parker, for appellant; Carl J. Appell and Howard D. Moses, of counsel.  Blanksten, Freeman & Freeman, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

John A. Belskey, appellee, v. Anna Belskey, appellant.  Gen. No. 33,595.

Opinion filed January 6, 1930.

Aaron Soble, for appellant.  No appearance for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Anton Szymczyk and Konstancya Szymczyk, appellees, v. Joseph Andrew Lasecki, appellant.   Gen. No. 33,598.

Opinion filed January 6, 1930.

Joseph F. Elward, for appellant.   Harold L. Feigenholtz, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Morris Jacobson, appellant, v. Louise B. Allen and John E. Traeger, appellees.   Gen. No. 33,635.

Jacob Levy, for appellant; James M. Gwin, of counsel.   John B. Fruchtl, for appellees; Jay J. McCarthy, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.